# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SARAH BARR, individually and on behalf of her minor child, E.B. and on behalf of all others similarly situated; <br><br> *Plaintiffs*, <br><br> v. <br><br> ACCESS SPORTS MEDICINE AND ORTHOPAEDICS, PLLC, <br><br> *Defendant*. | Case No.: 1:24-cv-00358-PB-AJ <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Sarah Barr, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses Defendant Access Sports Medicine and Orthopaedics, PLLC ("Defendant") without prejudice. Service in this matter has not been made on Defendant, therefore no prejudice will befall same if this suit is dismissed without prejudice.

A proposed order is filed contemporaneously.

Dated: November 19, 2024              Respectfully submitted,

*/s/* Christopher C. Snook
Christopher C. Snook, Esquire
NH Bar No.: 274093
**Seufert Law Offices, PA**
59 Central Street
Franklin, NH 03235
Phone: 603-934-9837
Fax: 603-934-9838
csnook@seufertlaw.com

Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

(* denotes *pro hac vice* forthcoming)

**COUNSEL FOR PLAINTIFF AND PUTATIVE CLASS ACTION MEMBERS**

## CERTIFICATE OF SERVICE

I certify that on November 19, 2024, a copy of the foregoing document was filed and served on all parties in accordance with the protocols for e-filing in the Federal Rules of Civil Procedure.

*/s/* Christopher C. Snook
Christopher C. Snook, Esquire
NH Bar No.: 274093
**Seufert Law Offices, PA**
59 Central Street
Franklin, NH 03235
Phone: 603-934-9837
Fax: 603-934-9838
csnook@seufertlaw.com